IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES BROADHEAD, # 224802, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CENTAVRIAD OLDS, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

CASE NO. 2:15-CV-715-WKW

## **ORDER**

On October 22, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. # 2) is DENIED;

(2) The Recommendation is ADOPTED; and

(3) This case is DISMISSED without prejudice for Plaintiff's failure to pay the filing and administrative fees upon his initiation of the case.

A separate final judgment will be entered.

DONE this 18th day of November, 2015.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE